QUEENS VENDING CORPORATION, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Order denying plaintiff's motion for a temporary injunction restraining the city of New York from collecting taxes, under Local Law No. 24 of the city of New York, for the year 1934, and from imposing any penalties

against plaintiff for non-payment thereof, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.